NUMBER 13-07-263-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


MARTIN HERNANDEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 347th District Court


of Nueces County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 This is an attempted appeal from an order imposing sanctions on appellant and
continuing or modifying the terms and conditions of appellant's community
supervision. We dismiss the appeal for want of jurisdiction.

 An order modifying the conditions of probation is not a separately appealable
order. See Davis v. State, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006);
Basaldua v. State, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); Christopher v. State, 7
S.W.3d 224, 225 (Tex. App.-Houston [1st Dist.] 1999, pet. ref'd); see also Tex. Code
Crim. Proc. Ann. art. 11.072 (Vernon 2005) (establishing procedures for an
application for writ of habeas corpus seeking relief from a community supervision
order). Complaints about a modification order may be raised on appeal only when
violation of the modified order forms the basis of a subsequent revocation. See
Elizondo v. State, 966 S.W.2d 671, 672 (Tex. App.-San Antonio 1998, no pet.). 

 Because the trial court's order of May 17, 2007 merely modified the conditions
of appellant's probation and did not revoke his probation, the order is not appealable.
Accordingly, the appeal is dismissed for want of jurisdiction. 


 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 21st day of June, 2007.